UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street Ste. 11
Hackensack, NJ 07601
201 489-7900

| | |
|---|---|
| In Re:<br><br>CARL HENDRIX PERRY, JR. &<br>BELKIS VARGAS | Case No.:  15-30452JKS<br><br>Judge:  Sherwood<br><br>Chapter:  13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☒ Motion for Relief from the Automatic Stay filed by ____ DEUTSCHE BANK ____ ,
creditor,

A hearing has been scheduled for ____ September 14, 2017 ____ , at ___ 11:00 ___ .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .

☐ Certification of Default filed by _____ .

I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

☒ Payments have been made in the amount of $ ____ $5,394.24 ____ , but have not
been accounted for. Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows (explain your answer):

☒  Other (explain your answer):
All payments have been made.  Attached are proof of 11 payment since October
of 2016, as the pay history of Deutsche Bank shows no delinquency until
November of 2016.  I have not missed any monthly payments yet the pay history
shows the months of November 2016, and Jan., April and May of 2017
missing.Also attached is calculation shhet showing how $5,394.24 was drerived.

3.       This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.       I certify under penalty of perjury that the above is true.

Date: 8/28/2017                                        /s/Carl Perry, Jr.
                                                               Debtor's Signature

Date: 8/28/17                                         

                                                               Debtor's Signature

**NOTES:**

1.       Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.       Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

rev.8/1/15

**Bank of America**

Cashier's Check | No. 1472808958

Void After 90 Days | 30-1/1140 | Date 07/03/17 09:06:56 AM

NTX

X165435

**\*\*$1,345.06\*\***

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

CLIFTON
0004    0090094    0010

Pay    BANK OF AMERICA

SLS Rec'd

JUL 07 2017

\*\*One Thousand Three Hundred Forty Five and 06/100 Dollars\*\*

To The    SPECIALIZE LOAN SERVICING
Order Of

Teller

Remitter (Purchased By): BELKIS M VARGAS    CASE# 15-30452-JKS

100 8949096

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈1472808958⑈ ⑆114000019⑆ 00164100609?⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.  ▨    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.  ▨

41312067

161182 038 SLS COM 30 033413 1 07 05 2017

June    payment



**Bank of America**    Cashier's Check    No. 1472806908

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.    Void After 90 Days    30-1/1140    Date 09/06/16 12:13:29 PM
NTX

CLIFTON
0004    0090094    0368

Pay    ⟫⟫⟫ BANK OF AMERICA    ONE FOUR TWO SEVEN 17 CTSCTS    ***$1,427.17

To The
Order Of    SPECIALIZED LOAN SERVICING

Remitter (Purchased By):  BELKIS M VARGAS    CASE# 1530452    X 191 590

Bank of America, N.A.
SAN ANTONIO, TX    AUTHORIZED SIGNATURE

⑈1472806908⑈ ⑆111000019⑆ 0016410060709⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

036440432 www.bankofamerica.com    www.bankofamerica.com

www.bankofamerica.com    Wells Fargo Bank >001 2000032603127<    www.bankofamerica.com
01008949096 at Wells Fargo Bank
Specialized Loan 38
RECV DATE/TIME: 09/14/16 14:57

nkofamerica.com    www.bankofamerica.com    www.bar



**Bank of America**   Cashier's Check   No. 1416402634

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days   30-1/1140   Date 10/12/16 02:05:00 PM
NTX

LODI
0003   0080005   0087   $1518 50

Pay   BANK OF AMERICA   ONE FOUR TWO SEVEN 17 CTSCTS   ***$1,427.17

To The Order Of   SPECIALIZED LOAN SERVICING

Remitter (Purchased By):   BELKIS M VARGAS

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑆1416402634⑆ ⑈114000019⑉ 0016410060971⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■



032728404

www.bankofamerica.com   www.bankofamerica.com
Wells Fargo Bank >001 2000032603127<
01008949096 at Wells Fargo Bank
Specialized Loan 38
RECV DATE/TIME: 10/15/16 14:21

ankofamerica.com   www.bankofamerica.com   www.ba

ankofamerica.com   www.bankofamerica.com   www.ba

ENDORSE CHECK HERE

Cashier's Check Customer Copy       No. 1496803098

Void After 90 Days        30-1/1140      Date 11/22/16 02:22:54 PM
                          NTX

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

HAWTHORNE
0005    0092411    0150

Pay       

To The    SPECIALIZED LOAN SERVICING
Order Of

***$1,359.06

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):  BELKIS M VARGAS

001641006097

Bank of America, N.A.
SAN ANTONIO, TX







**Bank of America** UMID — Cashier's Check — No. 1496803166

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days

Void After 90 Days 30-1/1140 NTX Date 12/23/16 12:34:39 PM

3

SLS Rec'd

DEC 2 8 2016

HAWTHORNE
0005 0092411 0161

Pay BANK OF AMERICA 1345 06 ONE THREE FOUR FIVE CTS CTS ***$1,345.06

Teller 2

To The Order Of SPECIALIZE LOAN SERVICING

X 1 5 0018

CASE# 15-30452-JKS

Remitter (Purchased By): BELKIS M VARGAS

1008949806 1E

Bank of America, N.A.
SAN ANTONIO, TX

Isabel Martinez
AUTHORIZED SIGNATURE

00-53-3364B 11-2010

⑈1496803166⑈ ⑆114000019⑆ 001641006097⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

036338348

www.bankofamerica.com www.bankofamerica.com

ENDORSE CHECK HERE

DEPOSITORY BANK ENDORSEMENT

PAYEE ENDORSEMENT GUARANTEED BY DEPOSITORY BANK

erica.com www.bankofamerica.com www.bankofame

00-53-3364B 11-2010

151573 056 515 COM 83 087 12 27 2016

036338561









Bank of America

Cashier's Check

No. 1472808958

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days    30-4/1140    Date 07/03/17 09:06:56 AM

CLIFTON
0004    0090094    0010

BANK OF AMERICA    ONE THREE    FOUR FIVE CTSCTS

NTX
X165435

**$1,345.06**

Pay

**One Thousand Three Hundred Forty Five and 06/100 Dollars**

To The
Order Of    SPECIALIZE LOAN SERVICING

SLS Rec'd
JUL 0 7 2017
Teller

Remitter (Purchased By): BELKIS M VARGAS    Case 15-30452-JKS

Bank of America, N.A.
SAN ANTONIO, TX    100 89 49096

AUTHORIZED SIGNATURE

⑈1472808958⑈  ⑈114000019⑈  0016410060970⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

041312067

Page 1 of 1



**Bank of America** — Cashier's Check — No. 1416403317

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days

Void After 90 Days    30-1/1140    Date 07/31/17 12:40:42 PM
    NTX

LODI
0005    0080005    0063

Pay    BANK OF AMERICA    **$1,345.06**

SLS Rec'd
AUG 0 8 2017

**One Thousand Three Hundred Forty Five and 06/100 Dollars**

To The Order Of SPECIALIZE LOAN SERVICING    1008949096 JB    Teller 1

Remitter (Purchased By): BELKIS M VARGAS    CASE# 15-30452-JKS
# 1008949096
Bank of America, N.A.    # 1003432148
SAN ANTONIO, TX    AUTHORIZED SIGNATURE

⑈ 1416403317⑈ ⑆ 114000019⑈ 00164100609 7⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

032727835

www.bankofamerica.com

www.bankofamerica.com

38 095604 0002 017

Calculation Sheet

| | | |
|---|---|---|
| 1,427.17 | 9/6/16 | ① 2,854.34 |
| " | 10/12/16 | |
| 1,359.06 | 11/22/16 | ② 1,359.06 |
| 1,345.06 | 12/27/16 | |
| " | 1/27/17 | |
| " | 2/24/17 | |
| " | 3/24/17 | 8 × 1,345.06 |
| " | 4/28/17 | ③ 10,760.48 |
| " | 5/30/17 | |
| 1,345.06 June pay. | 7/3/17 | 14,973.88 |
| 1,345.06 July | 8/8/17 | |

11 months - 11 payments

Pam Listug shows since Oct. 17
(not incld. Oct)

Nov. mess          1,359.06
Jan. mess          1,345.06
April  "            1,345.06
May   "             1,345.06
                    5,394.24