UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1

Order Filed on May 4, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-30452 JKS

Adv. No.:

Hearing Date: 3/22/18 @ 11:30 a.m.

Judge: John K. Sherwood

In Re:
  Carl Hendrix Perry, Belkis Vargas

Debtors

# AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 4, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Carl Hendrix Perry, Belkis Vargas
Case No: 15-30452 JKS
Caption of Order: AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 229 Summer Street Passaic, NJ 07055, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Ronald I. LeVine, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 22, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for March 2018 for a total post-petition default of $1,296.24 (1 @ $1,457.16, less suspense $160.92); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,296.24 will be paid by Debtor remitting $216.04 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on April 1, 2018 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2018, directly to Secured Creditor, Specialized Loan Servicing, LLC, PO Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Carl Hendrix Perry, Belkis Vargas
Case No:  15-30452 JKS
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Carl Hendrix Perry, Jr.
Belkis Vargas
     Debtors

Case No. 15-30452-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 04, 2018
                             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db/jdb         +Carl Hendrix Perry, Jr.,    Belkis Vargas,    229 Summer Street,    Passaic, NJ 07055-3203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
           Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1 by its Servicing Agent Specialized Loan Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Lynn Therese Nolan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1 by its Servicing Agent Specialized Loan Servicing ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com
           Marie-Ann Greenberg    magecf@magtrustee.com
           Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1 by its Servicing Agent Specialized Loan Servicing mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
           Robert Wachtel    on behalf of Joint Debtor Belkis  Vargas rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
           Robert Wachtel    on behalf of Debtor Carl Hendrix Perry, Jr. rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
           Ronald I. LeVine    on behalf of Debtor Carl Hendrix Perry, Jr. ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
           Ronald I. LeVine    on behalf of Joint Debtor Belkis  Vargas ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
                                                                                                  TOTAL: 10