Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  15−30452−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl Hendrix Perry Jr.                         Belkis Vargas
   229 Summer Street                             229 Summer Street
   Passaic, NJ 07055                             Passaic, NJ 07055

Social Security No.:
   xxx−xx−4960                                  xxx−xx−4397

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      12/13/18
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Carl Hendrix Perry, Jr.

COMMISSION OR FEES
$1957.50

EXPENSES
$9.50

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 13, 2018
JAN:

                                                         Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-30452-JKS
Carl Hendrix Perry, Jr.                                                   Chapter 13
Belkis Vargas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 13, 2018
                              Form ID: 137             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db/jdb         +Carl Hendrix Perry, Jr.,    Belkis Vargas,    229 Summer Street,    Passaic, NJ 07055-3203
cr              Deutsche Bank National Trust Company, as Trustee f,    Specialized Loan Servicing, LLC,    PO B,
                 Littleton, CO 80163
516021182       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
515824064      +Deutsche Bank National,    Attn: Pluese Becker And Saltzman LLC,    20000 Horizon Way, Suite 900,
                 Mt. Laurel, NJ 08054-4318
516026775      +Deutsche Bank National Trust Co.,Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516023538      +Deutsche Bnk National Trust CompanyTrustee(See 410,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515824066      +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
515824067      +MERS Nominee for Ark Mortgage, Inc,    Specialized Servicing, LLC,    POB 636007,
                 Littleton, CO 80163-6007
515960210      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515824069      +Specialized Loan Servicing, LLC,    POB 636007,    Littleton, CO 80163-6007
515824071      +Wells Fargo Dealer Services,    POB 1697,    Winterville, NC 28590-1697
515862137       Wells Fargo Dealer Services,    PO Box 17900,    Denver, CO 80217-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:37:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515824062      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 14 2018 01:41:25     Credit One Bank,
                 POB 98873,    Las Vegas, NV 89193-8873
515824063      +E-mail/PDF: pa_dc_ed@navient.com Nov 14 2018 01:41:55     Dept Of Ed/Navient,    POB 9635,
                 Wilkes Barre, PA 18773-9635
515824065      +E-mail/Text: bankruptcynotices@dcicollect.com Nov 14 2018 01:37:42     Diversified Consultants,
                 Attn: Direct TV,    10550 Deerwood Park Blvd 309,    Jacksonville, FL 32256-2805
515940307       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 01:41:58     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516015341       E-mail/PDF: pa_dc_claims@navient.com Nov 14 2018 01:41:55     Navient Solutions Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
515824068       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 01:42:23
                 Portfolio Recovery Associates, LLC,    Attn: World Financial Capital Bank,    PO Box 12914,
                 Norfolk, VA  23541-1223
516042811       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 01:41:53
                 Portfolio Recovery Associates, LLC,    c/o Home Shopping Network,    POB 41067,
                 Norfolk VA 23541
515996877      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 14 2018 01:37:19     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515824070      +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:41:12     SYNCB/Gap,    POB 965005,
                 Orlando, FL 32896-5005
515824072      +E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 14 2018 01:37:01
                 Westlake Financial Services,    4751 Wilshire Blvd.,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516201026*     +Deutsche Bank National Trust Co, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517677062*     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin             Page 2 of 2              Date Rcvd: Nov 13, 2018
                             Form ID: 137            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
               by its Servicing Agent Specialized Loan Servicing dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
               by its Servicing Agent Specialized Loan Servicing ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
               by its Servicing Agent Specialized Loan Servicing
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Robert  Wachtel    on behalf of Joint Debtor Belkis  Vargas rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Robert  Wachtel    on behalf of Debtor Carl Hendrix Perry, Jr. rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Carl Hendrix Perry, Jr. ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Joint Debtor Belkis  Vargas ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
                                                                                             TOTAL: 10
```