Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  15−30452−JKS
Chapter:  13
Judge:  John K. Sherwood

---

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carl Hendrix Perry Jr.                    Belkis Vargas
229 Summer Street                         229 Summer Street
Passaic, NJ 07055                         Passaic, NJ 07055

Social Security No.:
    xxx−xx−4960

                                          xxx−xx−4397

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/30/15 and a confirmation hearing on such Plan has been scheduled for 12/10/15.

The debtor filed a Modified Plan on 11/15/18 and a confirmation hearing on the Modified Plan is scheduled for 12/13/18 AT 8:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 19, 2018
JAN: wdh

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-30452-JKS
Carl Hendrix Perry, Jr.                                               Chapter 13
Belkis Vargas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Nov 19, 2018
                             Form ID: 186          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
```
db/jdb         +Carl Hendrix Perry, Jr.,   Belkis Vargas,   229 Summer Street,   Passaic, NJ 07055-3203
cr              Deutsche Bank National Trust Company, as Trustee f,   Specialized Loan Servicing, LLC,   PO B,
                Littleton, CO 80163
516021182       American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                Los Angeles, CA  90051-5478
515824064      +Deutsche Bank National,   Attn: Pluese Becker And Saltzman LLC,   20000 Horizon Way, Suite 900,
                Mt. Laurel, NJ 08054-4318
516026775      +Deutsche Bank National Trust Co.,Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516023538      +Deutsche Bnk National Trust CompanyTrustee(See 410,   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515824066      +First Premier Bank,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
515824067      +MERS Nominee for Ark Mortgage, Inc,   Specialized Servicing, LLC,   POB 636007,
                Littleton, CO 80163-6007
515824069      +Specialized Loan Servicing, LLC,   POB 636007,   Littleton, CO 80163-6007
515824071      +Wells Fargo Dealer Services,   POB 1697,   Winterville, NC 28590-1697
515862137       Wells Fargo Dealer Services,   PO Box 17900,   Denver, CO 80217-0900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2018 01:14:01     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2018 01:13:58     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515824062      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 20 2018 01:19:00     Credit One Bank,
                POB 98873,   Las Vegas, NV 89193-8873
515824063      +E-mail/PDF: pa_dc_ed@navient.com Nov 20 2018 01:19:25     Dept Of Ed/Navient,   POB 9635,
                Wilkes Barre, PA 18773-9635
515824065      +E-mail/Text: bankruptcynotices@dcicollect.com Nov 20 2018 01:14:34     Diversified Consultants,
                Attn: Direct TV,   10550 Deerwood Park Blvd 309,   Jacksonville, FL 32256-2805
515940307       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2018 01:19:55     LVNV Funding LLC,
                c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
515960210      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2018 01:13:57
                Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
                Warren, MI 48090-2011
516015341       E-mail/PDF: pa_dc_claims@navient.com Nov 20 2018 01:18:59     Navient Solutions Inc.,
                Department of Education Loan Services,   P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
515824068       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2018 01:18:58
                Portfolio Recovery Associates, LLC,   Attn: World Financial Capital Bank,   PO Box 12914,
                Norfolk, VA  23541-1223
516042811       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2018 01:18:57
                Portfolio Recovery Associates, LLC,   c/o Home Shopping Network,   POB 41067,
                Norfolk VA 23541
515996877      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 20 2018 01:14:14     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
515824070      +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2018 01:18:50     SYNCB/Gap,   POB 965005,
                Orlando, FL 32896-5005
515824072      +E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 20 2018 01:13:59
                Westlake Financial Services,   4751 Wilshire Blvd.,   Los Angeles, CA 90010-3847
                                                                                        TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516201026*     +Deutsche Bank National Trust Co, Trustee (See 410),   c/o Specialized Loan Servicing, LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517677062*     +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

District/off: 0312-2          User: admin               Page 2 of 2          Date Rcvd: Nov 19, 2018
                             Form ID: 186               Total Noticed: 24

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
          Brian C. Nicholas   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1
          bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
          by its Servicing Agent Specialized Loan Servicing dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Lynn Therese Nolan   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
          by its Servicing Agent Specialized Loan Servicing ecfnotices@grosspolowy.com,
          jbommelje@grosspolowy.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Michael E. Blaine   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
          by its Servicing Agent Specialized Loan Servicing
          tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
          p.com
          Robert  Wachtel   on behalf of Joint Debtor Belkis  Vargas rwachtel@ronlevinelaw.com,
          irr72645@notify.bestcase.com
          Robert  Wachtel   on behalf of Debtor Carl Hendrix Perry, Jr. rwachtel@ronlevinelaw.com,
          irr72645@notify.bestcase.com
          Ronald I. LeVine   on behalf of Debtor Carl Hendrix Perry, Jr. ronlevinelawfirm@gmail.com,
          irr72645@notify.bestcase.com
          Ronald I. LeVine   on behalf of Joint Debtor Belkis  Vargas ronlevinelawfirm@gmail.com,
          irr72645@notify.bestcase.com
                                                                                    TOTAL: 10