UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

CARL HENDRIX PERRY, JR. &
BELKIS VARGAS
       Debtor

Case No. 15-30452JKS

Chapter 13

**Order Filed on December 17, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: December 17, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Carl Hendrix Perry, Jr. and Belkis Vargas
　　　　Case No. 15-30452JKS
Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $1957.50 for services rendered and expenses in the amount of $9.50 for a total of $1967.00. The allowance shall be payable:

■　　　through the Chapter 13 plan as an administrative priority.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.