UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

CARL HENDRIX PERRY, JR. &
BELKIS VARGAS
            Debtor

Order Filed on December 17,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No. 15-30452JKS

Chapter 13

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: December 17, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Carl Hendrix Perry, Jr. and Belkis Vargas
Case No. 15-30452JKS
Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $1957.50 for services rendered and expenses in the amount of $9.50 for a total of $1967.00. The allowance shall be payable:

- through the Chapter 13 plan as an administrative priority.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court
District of New Jersey

In re:
Carl Hendrix Perry, Jr.
Belkis Vargas
    Debtors

Case No. 15-30452-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 17, 2018
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
db/jdb      +Carl Hendrix Perry, Jr.,   Belkis Vargas,   229 Summer Street,   Passaic, NJ 07055-3203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
            Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
             IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1
             bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
             IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
             IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
             by its Servicing Agent Specialized Loan Servicing dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Lynn Therese Nolan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
             IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
             by its Servicing Agent Specialized Loan Servicing ecfnotices@grosspolowy.com,
             jbommelje@grosspolowy.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
             IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
             by its Servicing Agent Specialized Loan Servicing
             tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
            Robert  Wachtel    on behalf of Joint Debtor Belkis  Vargas rwachtel@ronlevinelaw.com,
             irr72645@notify.bestcase.com
            Robert  Wachtel    on behalf of Debtor Carl Hendrix Perry, Jr. rwachtel@ronlevinelaw.com,
             irr72645@notify.bestcase.com
            Ronald I. LeVine    on behalf of Debtor Carl Hendrix Perry, Jr. ronlevinelawfirm@gmail.com,
             irr72645@notify.bestcase.com
            Ronald I. LeVine    on behalf of Joint Debtor Belkis  Vargas ronlevinelawfirm@gmail.com,
             irr72645@notify.bestcase.com
                                                                                          TOTAL: 10