UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on January 14, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

  CARL HENDRIX PERRY, JR.
  BELKIS VARGAS

Case No.:  15-30452 JKS

Hearing Date:  1/10/2019

Judge:  JOHN K. SHERWOOD

Debtor is Entitled To Discharge

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: January 14, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):   CARL HENDRIX PERRY
             BELKIS VARGAS

Case No.:   15-30452 JKS

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with ; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 11/15/2018, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 11/1/2015, the Debtor shall pay the Standing Trustee

    the sum of $33,477.00 paid into date over 37 month(s), and then

    the sum of $580.00 for a period of 10 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:
Carl Hendrix Perry, Jr.
Belkis Vargas
    Debtors

Case No. 15-30452-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 15, 2019
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.
db/jdb        +Carl Hendrix Perry, Jr.,   Belkis Vargas,   229 Summer Street,   Passaic, NJ 07055-3203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:

         Brian C. Nicholas     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1 by its Servicing Agent Specialized Loan Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Lynn Therese Nolan     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1 by its Servicing Agent Specialized Loan Servicing ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com
         Marie-Ann Greenberg     magecf@magtrustee.com
         Michael E. Blaine     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1 by its Servicing Agent Specialized Loan Servicing tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
         Robert Wachtel     on behalf of Joint Debtor Belkis Vargas rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
         Robert Wachtel     on behalf of Debtor Carl Hendrix Perry, Jr. rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
         Ronald I. LeVine     on behalf of Debtor Carl Hendrix Perry, Jr. ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
         Ronald I. LeVine     on behalf of Joint Debtor Belkis Vargas ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
                                                                                                                                           TOTAL: 10