UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

Order Filed on October 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Carl Hendrix Perry and Belkis Vargas

Case No.: 15-30452JKS

Chapter: 13

Judge: Hon. Sherwood

**ORDER ON MORTGAGE TO CANCEL AND DISCHARGE MORTGAGE**

The relief set forth on the following page is hereby ORDERED

**DATED: October 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The debtors having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property: 229 Summer St. Passaic, NJ  07055

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Ark Mortgage
b. Current Assignee: MERS
c. Current Servicer: Specialized Loan Servicing
d. Date of Mortgage/Lien: November 15, 2006
e. Date of Recordation: November 30, 2006
f. Place of Recordation: Passaic County
 i. Mortgage Book: 8337
 ii. Page: 233
g. Original Principal Balance of Mortgage/Lien: $ $33,500.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**