| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River Street, Suite 11<br>Hackensack, New Jersey 07601<br>Attorney for Debtors | |
|---|---|
| In Re:<br><br>Carl Hendrix Perry and Belkis Vargas | Case No.: 15-30452JKS<br><br>Chapter: 13<br><br>Judge: Hon. Sherwood |

Order Filed on October 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

### ORDER ON MORTGAGE TO CANCEL AND DISCHARGE MORTGAGE

The relief set forth on the following page is hereby ORDERED

**DATED: October 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The debtors having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property: 229 Summer St. Passaic, NJ  07055

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Ark Mortgage
b. Current Assignee: MERS
c. Current Servicer: Specialized Loan Servicing
d. Date of Mortgage/Lien: November 15, 2006
e. Date of Recordation: November 30, 2006
f. Place of Recordation: Passaic County
 i. Mortgage Book: 8337
 ii. Page: 233
g. Original Principal Balance of Mortgage/Lien: $ $33,500.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

United States Bankruptcy Court
District of New Jersey

In re:
Carl Hendrix Perry, Jr.
Belkis Vargas
    Debtors

Case No. 15-30452-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 31, 2019
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.
db/jdb        +Carl Hendrix Perry, Jr.,   Belkis Vargas,   229 Summer Street,   Passaic, NJ 07055-3203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
         Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1 by its Servicing Agent Specialized Loan Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Lynn Therese Nolan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1 by its Servicing Agent Specialized Loan Servicing ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1 by its Servicing Agent Specialized Loan Servicing tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
         Robert Wachtel    on behalf of Joint Debtor Belkis Vargas rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
         Robert Wachtel    on behalf of Debtor Carl Hendrix Perry, Jr. rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
         Ronald I. LeVine    on behalf of Debtor Carl Hendrix Perry, Jr. ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
         Ronald I. LeVine    on behalf of Joint Debtor Belkis Vargas ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
                                                           TOTAL: 10