Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  15−30452−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Carl Hendrix Perry Jr. | Belkis Vargas |
| --- | --- |
| 229 Summer Street | 229 Summer Street |
| Passaic, NJ 07055 | Passaic, NJ 07055 |

Social Security No.:
  xxx−xx−4960                                                                  xxx−xx−4397

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 3, 2020</u>                  <u>John K. Sherwood</u>
                                            Judge, United States Bankruptcy Court