**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carl Hendrix Perry Jr. | Social Security number or ITIN  xxx–xx–4960 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Belkis Vargas | Social Security number or ITIN  xxx–xx–4397 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–30452–JKS | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carl Hendrix Perry Jr.                                         Belkis Vargas

<u>6/3/20</u>                                                            **By the court:** <u>John K. Sherwood</u>
                                                                                     United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Carl Hendrix Perry, Jr.  
Belkis Vargas  
     Debtors

Case No. 15-30452-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jun 03, 2020  
                     Form ID: 3180W     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
```
db/jdb       +Carl Hendrix Perry, Jr.,    Belkis Vargas,    229 Summer Street,    Passaic, NJ 07055-3203
cr            Deutsche Bank National Trust Company, as Trustee f,    Specialized Loan Servicing, LLC,    PO B,
              Littleton, CO  80163
516021182     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA  90051-5478
515824064    +Deutsche Bank National,    Attn: Pluese Becker And Saltzman LLC,    20000 Horizon Way, Suite 900,
              Mt. Laurel, NJ 08054-4318
516026775    +Deutsche Bank National Trust Co.,Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516023538    +Deutsche Bnk National Trust CompanyTrustee(See 410,    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515824067    +MERS Nominee for Ark Mortgage, Inc,    Specialized Servicing, LLC,    POB 636007,
              Littleton, CO 80163-6007
515960210    +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
              Warren, MI 48090-2011
515824069    +Specialized Loan Servicing, LLC,    POB 636007,    Littleton, CO 80163-6007
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 03 2020 23:13:29     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515824062    +E-mail/PDF: creditonebknotifications@resurgent.com Jun 03 2020 23:17:01     Credit One Bank,
              POB 98873,    Las Vegas, NV 89193-8873
515824063    +EDI: NAVIENTFKASMDOE.COM Jun 04 2020 02:28:00      Dept Of Ed/Navient,    POB 9635,
              Wilkes Barre, PA 18773-9635
515824065    +EDI: DCI.COM Jun 04 2020 02:28:00      Diversified Consultants,    Attn: Direct TV,
              10550 Deerwood Park Blvd 309,    Jacksonville, FL 32256-2805
515824066    +EDI: AMINFOFP.COM Jun 04 2020 02:28:00      First Premier Bank,    3820 N. Louise Avenue,
              Sioux Falls, SD 57107-0145
515940307     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 23:16:23     LVNV Funding LLC,
              c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516015341     EDI: NAVIENTFKASMSERV.COM Jun 04 2020 02:28:00      Navient Solutions Inc.,
              Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
515824068     EDI: PRA.COM Jun 04 2020 02:28:00      Portfolio Recovery Associates, LLC,
              Attn: World Financial Capital Bank,    PO Box 12914,    Norfolk, VA  23541-1223
516042811     EDI: PRA.COM Jun 04 2020 02:28:00      Portfolio Recovery Associates, LLC,
              c/o Home Shopping Network,    POB 41067,    Norfolk VA 23541
515996877    +EDI: JEFFERSONCAP.COM Jun 04 2020 02:28:00      Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515824070    +EDI: RMSC.COM Jun 04 2020 02:28:00      SYNCB/Gap,    POB 965005,    Orlando, FL 32896-5005
515862137     EDI: WFFC.COM Jun 04 2020 02:28:00      Wells Fargo Dealer Services,    PO Box 17900,
              Denver, CO 80217-0900
515824071    +EDI: WFFC.COM Jun 04 2020 02:28:00      Wells Fargo Dealer Services,    POB 1697,
              Winterville, NC 28590-1697
515824072    +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 03 2020 23:13:27
              Westlake Financial Services,    4751 Wilshire Blvd.,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518706311*    +Carl Hendrix Perry, Jr.,    229 Summer Street,    Passaic, NJ 07055-3203
516201026*    +Deutsche Bank National Trust Co, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517677062*    +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                      TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jun 03, 2020
                              Form ID: 3180W           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
               by its Servicing Agent Specialized Loan Servicing dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FXL1
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
               by its Servicing Agent Specialized Loan Servicing ecfnotices@grosspolowy.com,
               lnolan@grosspolowy.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2007-FLX1, Mortgage Pass-Through Certificates, Series 2007-FLX1
               by its Servicing Agent Specialized Loan Servicing
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Robert   Wachtel    on behalf of Joint Debtor Belkis  Vargas rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Robert   Wachtel    on behalf of Debtor Carl Hendrix Perry, Jr. rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Debtor Carl Hendrix Perry, Jr. ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Joint Debtor Belkis  Vargas ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
                                                                                             TOTAL: 10
```